E-filing

SBA

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|                          |
|--------------------------|
| Plaintiff,               |
| vs.                      |
| Defendant.               |

Case No. **C 07 4452**

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Carlos Paredes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                    Yes ___  No ✓
10          self employment
11     b.   Income from stocks, bonds,                 Yes ___  No ✓
12          or royalties?
13     c.   Rent payments?                             Yes ___  No ✓
14     d.   Pensions, annuities, or                    Yes ___  No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___  No ✓
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                               Yes ___  No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

1     b.     List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).
5     _____
6     _____
7   5.     Do you own or are you buying a home?     Yes ____ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.     Do you own an automobile?     Yes ____ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes _____ No _____ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)   Yes ____ No ____
20   _____
21   8.     What are your monthly expenses?
22   Rent: $ _____ Utilities: _____
23   Food: $ _____ Clothing: _____
24   Charge Accounts:
25   <u>Name of Account</u>         <u>Monthly Payment</u>         <u>Total Owed on This Acct.</u>
26   _____    $ _____    $ _____
27   _____    $ _____    $ _____
28   _____    $ _____    $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

am unaware of the Names or Case numbers, but the Novato Police Department has been Subject to lawsuits in the past.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____           _____
DATE                            SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Carlos Paredes__ for the last six months
[prisoner name]
__Marin County Jail__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __50.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__37.00__ .

Dated: __7/17/07__         _____D. McLean 2322_____
                              [Authorized officer of the institution]