FILED
07 SEP 11 PM 1:22
RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4452 (PR)

_____,
    Plaintiff,

vs.

_____,
    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Carlos Paredes, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  "Manpower," $0.00
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or                                    Yes ___ No ✓
10         self employment
11     b.  Income from stocks, bonds,                                 Yes ___ No ✓
12         or royalties?
13     c.  Rent payments?                                             Yes ___ No ✓
14     d.  Pensions, annuities, or                                    Yes ___ No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments,                         Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                                              Yes ___ No ✓
24  Spouse's Full Name: __N/A__
25  Spouse's Place of Employment: __N/A__
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ -0-                              Net $ -0-
28  4.  a.  List amount you contribute to your spouse's support:$ -0-

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $_____   Utilities: _____

Food: $_____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

1   9.   Do you have any other debts? (List current obligations, indicating amounts and to
2   whom they are payable. Do not include account numbers.)
3   _____
4   _____
5   10.  Does the complaint which you are seeking to file raise claims that have been presented
6   in other lawsuits?   Yes ___ No ✓
7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8   which they were filed.
9   _____
10  _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  _9/05/07_____            _Carlos Parada_____
17       DATE                        SIGNATURE OF APPLICANT

1
2                                         Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                           **IN**
10                              **PRISONER'S ACCOUNT**
11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of  Carlos Albert Paredes  for the last six months
                                        [prisoner name]
14  Marin County Jail  where (s)he is confined.
      [name of institution]
15    I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __35.00__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $__35.00__.
18
19 Dated: 9/5/07                           D. mc           2328
                                           [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -