Carlos Paredes
Marin County Jail
13 Peter Behr DR.
San Rafael CA 94903

SAN FRANCISCO CA 94
08 SEP 2007 PM 6 T

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

THIS M...
was sent from an in...
Marin County Jail, 13 ...
Drive, San Rafael CA 9...
contents have not been read an...
Jail is not responsible for it...
contents