UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,
            Plaintiff,
vs.
_____,
            Defendant.

CASE NO. 007-4452 SBA PR

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Carlos Alberto Paredes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____
_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Can't recall._____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or             Yes ___ No ✓
10        self employment
11    b.   Income from stocks, bonds,          Yes ___ No ✓
12        or royalties?
13    c.   Rent payments?                      Yes ___ No ✓
14    d.   Pensions, annuities, or             Yes ___ No ✓
15        life insurance payments?
16    e.   Federal or State welfare payments,  Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                       Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1        b.      List the persons other than your spouse who are dependent upon you for
2                  support and indicate how much you contribute toward their support. (NOTE:
3                  For minor children, list only their initials and ages. DO NOT INCLUDE
4                  THEIR NAMES.).

5  _____

6  _____

7  5.    Do you own or are you buying a home?    Yes \_\_\_  No ✓

8  Estimated Market Value: $_____  Amount of Mortgage: $_____

9  6.    Do you own an automobile?         Yes \_\_\_  No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_\_\_ No _____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.    Do you have a bank account? Yes \_\_\_\_ No \_\_\_\_ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes \_\_\_\_ No \_\_\_\_ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes \_\_\_\_ No \_\_\_\_

20 _____

21 8.    What are your monthly expenses?

22 Rent: $ _____  Utilities: _____

23 Food: $ 40-60 _____  Clothing: _____

24 Charge Accounts:

25 Name of Account           Monthly Payment           Total Owed on This Acct.

26 _____  $ _____  $ _____

27 _____  $ _____  $ _____

28 _____  $ _____  $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  ___dcnt recall_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __10/11/07__                    __[signature]__
17     DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _PAREDES  CARLOS  A._ for the last six months
[prisoner name]
_MARIN COUNTY JAIL_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _54.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _25.00_.

Dated: _10-11-07_                    _[signature] 1193_
                                     [Authorized officer of the institution]

```
                              MARIN COUNTY JAIL
                  ============================================
                             Resident Account Summary
                        Thursday, October 11, 2007  @00:14

================================================================================
For CIN: 166123    PAREDES, CARLOS ALBERT
--------------------------------------------------------------------------------
  Date       Transaction Description             Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------
10/08/2007  EPR          OID:100047964-ComisaryPur  -1.85     0.42    0.00    0.00
10/01/2007  EPR          OID:100047817-ComisaryPur -13.40     2.27    0.00    0.00
09/24/2007  EPR          OID:100047649-ComisaryPur -11.07    15.67    0.00    0.00
09/24/2007  PHONE CARD   PHONE CARD PURCHASE 09240 -10.00    26.74    0.00    0.00
09/24/2007  ERF          OID:100047490-ComisaryRef   1.22    36.74    0.00    0.00
09/18/2007  EPR          OID:100047490-ComisaryPur -27.34    35.52    0.00    0.00
09/13/2007  DEPMO        MAIL                       60.00    62.86    0.00    0.00
09/10/2007  PHONE CARD   PHONE CARD PURCHASE 06100 -10.00     2.86    0.00    0.00
08/28/2007  EPR          OID:100047108-ComisaryPur -16.55    12.86    0.00    0.00
08/27/2007  PHONE CARD   PHONE CARD PURCHASE 08270 -10.00    29.41    0.00    0.00
08/23/2007  EXTRA POSTA  EXTRA POSTAGE MAILED 0823  -2.16    39.41    0.00    0.00
08/22/2007  DEPMO        MAIL                       40.00    41.57    0.00    0.00
07/31/2007  PHONE CARD   PHONE CARD PURCHASE 07310 -10.00     1.57    0.00    0.00
07/24/2007  EPR          OID:100046095-ComisaryPur -13.05    11.57    0.00    0.00
07/10/2007  EPR          OID:100045765-ComisaryPur -25.39    24.62    0.00    0.00
07/09/2007  PHONE CARD   PHONE CARD PURCHASE 07090 -10.00    50.01    0.00    0.00
07/08/2007  DEPCK        MAIL                       60.00    60.01    0.00    0.00
07/08/2007  DEPCA        VOID-MAIL                 -60.00     0.01    0.00    0.00
07/07/2007  DEPCA        MAIL                       60.00    60.01    0.00    0.00
06/26/2007  EPR          OID:100045436-ComisaryPur  -3.75     0.01    0.00    0.00
06/19/2007  EPR          OID:100045254-ComisaryPur -17.03     3.76    0.00    0.00
06/12/2007  EPR          OID:100045085-ComisaryPur  -6.89    20.79    0.00    0.00
06/05/2007  EPR          OID:100044842-ComisaryPur -20.69    27.68    0.00    0.00
06/04/2007  PHONE CARD   PHONE CARD PURCHASE 06040 -10.00    48.37    0.00    0.00
05/26/2007  <INP>        Payment for INP on 2007-0  -1.63    58.37    0.00    0.00
05/26/2007  DEPMO        MAIL                       60.00    60.00    1.63    0.00
05/22/2007  <INP>        OID:100044558-ComisaryPur  -1.16     0.00    1.63    0.00
05/22/2007  INP          OID:100044558-ComisaryPur   2.79     1.16    2.79    0.00
04/24/2007  EPR          OID:100043735-ComisaryPur  -9.41     1.16    0.00    0.00
04/23/2007  PHONE CARD   PHONE CARD              -10.00    10.57    0.00    0.00
04/17/2007  EPR          OID:100043496-ComisaryPur -19.88    20.57    0.00    0.00
04/16/2007  PHONE CARD   PHONE CARD              -10.00    40.45    0.00    0.00
04/13/2007  DEPMO        MAIL                       50.00    50.45    0.00    0.00
04/03/2007  EPR          OID:100043201-ComisaryPur -10.06     0.45    0.00    0.00
03/27/2007  EPR          OID:100042979-ComisaryPur -11.93    10.51    0.00    0.00
03/26/2007  PHONE CARD   PHONE CARD PURCHASE 03260 -20.00    22.44    0.00    0.00
03/13/2007  EPR          OID:100042627-ComisaryPur  -8.57    42.44    0.00    0.00
03/12/2007  PHONE CARD   PHONE CARD PURCHASE 03120 -20.00    51.01    0.00    0.00
03/09/2007  DEPMO        MAIL                       50.00    71.01    0.00    0.00
03/06/2007  EPR          OID:100042466-ComisaryPur  -9.74    21.01    0.00    0.00
02/20/2007  EPR          OID:100042038-ComisaryPur -10.40    30.75    0.00    0.00
02/20/2007  PHONE CARD   PURCHASE                  -20.00    41.15    0.00    0.00
02/13/2007  DEPMO        MAIL                       60.00    61.15    0.00    0.00
01/29/2007  PHONE CARD   PHONE CARD PURCHASE 01290 -60.00     1.15    0.00    0.00
01/23/2007  EPR          OID:100041419-ComisaryPur  -3.58    61.15    0.00    0.00
01/19/2007  DEPMO        MAIL                       40.00    64.73    0.00    0.00
01/16/2007  EPR          OID:100041235-ComisaryPur  -7.11    24.73    0.00    0.00
01/15/2007  PHONE CARD   PHONE CARD PURCHASE 01150 -20.00    31.84    0.00    0.00
01/10/2007  DEPMO        MAIL                       50.00    51.84    0.00    0.00
01/09/2007  EPR          OID:100040944-ComisaryPur  -3.65     1.84    0.00    0.00
12/27/2006  EPR          OID:100040631-ComisaryPur  -2.56     5.49    0.00    0.00
12/27/2006  PHONE CARD   PHONE CARD PURCHASE 12270 -20.00     8.05    0.00    0.00
12/19/2006  EPR          OID:100040445-ComisaryPur -12.51    28.05    0.00    0.00
12/19/2006  DEPMO        MAIL                       20.00    40.56    0.00    0.00
12/18/2006  PHONE CARD   PHONE CARD PURCHASE 12180 -10.00    20.56    0.00    0.00
12/12/2006  EPR          OID:100040262-ComisaryPur  -9.55    30.56    0.00    0.00
12/11/2006  PHONE CARD   PHONE CARD PURCHASE 12110 -10.00    40.11    0.00    0.00
12/08/2006  DEPMO        MAIL                       50.00    50.11    0.00    0.00
--------------------------------------------------------------------------------
                                   Page 1
```

E-filing

FILED
07 AUG 28 PM 2:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

    )
    )                CASE NO. C 07 4452
    Plaintiff,    )
    )
vs. )
    )                PRISONER'S
    )                APPLICATION TO PROCEED
    )                IN FORMA PAUPERIS
    )
    Defendant.    )
_____)

I, Carlos Paredes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

Carlos Paredes
Marin County Jail
13 Peter Behr D.R.
San Rafael CA 94903

MARIN COUNTY JAIL
THIS MAIL

was sent from an inmate at the
Marin County Jail, 13 Peter Behr
Drive, San Rafael, CA 94903. The
contents have not been read and its
[illegible]

9410 0293 3661 0004

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102