Case No.: CV 07-04452 SBA                     12-19-07.

On December 17, 2007, I was sent a notice of "failure to comply with local Rules" requireing that originals and copies of all documents being filed with the office in which the assigned judge regularly holds Court."

I'm unable to comply with that request because I don't have the original copies of my "U.S.C 42 Section 1983" form. I sent those copies to: 450 Golden Gate Avenue, San Francisco.

Please be infor that am in custody and dont have access to a copyer.

Do I need to refile a form again? If so, please inform me on what I need to do to go forward with my suit.

Thank you.

Respectfully
Carlos Paredes

FILED
DEC 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **Paredes**        **Carlos**        **Alberto**
     (Last)            (First)            (Initial)

Prisoner Number **166123**

Institutional Address **Marin County Jail, #13 Peter Behr DR. San Rafael, CA 94903**

FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Carlos Alberto Paredes**
(Enter the full name of plaintiff in this action.)

vs.

**City of Novato Police Department; Officer Taira DeBernardi, Badge #281**

(Enter the full name of the defendant(s) in this action)

Case No. **C 07 4452 SBA**
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

**(PR)**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **Marin County Jail**

B.   Is there a grievance procedure in this institution?

     YES (✓)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

     YES (✓)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                   - 1 -

```
                        UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
```

|                     |                                              |
|---------------------|----------------------------------------------|
|      Plaintiff,     | CASE NO. 007-4452 SBA PR                     |
|         vs.         | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
|      Defendant.     |                                              |

I, Carlos Alberto Paredes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Can't recall.

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ____ No ✓

    c. Rent payments?      Yes ____ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ____ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ____ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support: $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ___ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ 40-60 Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -


9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

dent recall

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/11/07                              [signature: Carlos Faruolo]
DATE                                  SIGNATURE OF APPLICANT

1
2                                       Case Number: _____
3
4
5
6
7
8                              CERTIFICATE OF FUNDS
9                                        IN
10                             PRISONER'S ACCOUNT
11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _PAREDES, CARLOS A._____ for the last six months
                                        [prisoner name]
14 __MARIN COUNTY JAIL_____ where (s)he is confined.
           [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __54.00±__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $__25.00±__.
18
19 Dated: _10-11-07_                    _____RUL 1193_____
                                        [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

-5-

```
                              MARIN COUNTY JAIL
                           Resident Account Summary
                        Thursday, October 11, 2007  @00:14
```

For CIN: 166123    PAREDES, CARLOS ALBERT

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 10/08/2007 | EPR | OID:100047964-ComisaryPur | -1.85 | 0.42 | 0.00 | 0.00 | |
| 10/01/2007 | EPR | OID:100047817-ComisaryPur | -13.40 | 2.27 | 0.00 | 0.00 | |
| 09/24/2007 | EPR | OID:100047649-ComisaryPur | -11.07 | 15.67 | 0.00 | 0.00 | |
| 09/24/2007 | PHONE CARD | PHONE CARD PURCHASE 09240 | -10.00 | 26.74 | 0.00 | 0.00 | |
| 09/24/2007 | ERF | OID:100047490-ComisaryRef | 1.22 | 36.74 | 0.00 | 0.00 | |
| 09/18/2007 | EPR | OID:100047490-ComisaryPur | -27.34 | 35.52 | 0.00 | 0.00 | |
| 09/13/2007 | DEPMO | MAIL | 60.00 | 62.86 | 0.00 | 0.00 | |
| 09/10/2007 | PHONE CARD | PHONE CARD PURCHASE 06100 | -10.00 | 2.86 | 0.00 | 0.00 | |
| 08/28/2007 | EPR | OID:100047108-ComisaryPur | -16.55 | 12.86 | 0.00 | 0.00 | |
| 08/27/2007 | PHONE CARD | PHONE CARD PURCHASE 08270 | -10.00 | 29.41 | 0.00 | 0.00 | |
| 08/23/2007 | EXTRA POSTA | EXTRA POSTAGE MAILED 0823 | -2.16 | 39.41 | 0.00 | 0.00 | |
| 08/22/2007 | DEPMO | MAIL | 40.00 | 41.57 | 0.00 | 0.00 | |
| 07/31/2007 | PHONE CARD | PHONE CARD PURCHASE 07310 | -10.00 | 1.57 | 0.00 | 0.00 | |
| 07/24/2007 | EPR | OID:100046095-ComisaryPur | -13.05 | 11.57 | 0.00 | 0.00 | |
| 07/10/2007 | EPR | OID:100045765-ComisaryPur | -25.39 | 24.62 | 0.00 | 0.00 | |
| 07/09/2007 | PHONE CARD | PHONE CARD PURCHASE 07090 | -10.00 | 50.01 | 0.00 | 0.00 | |
| 07/08/2007 | DEPCK | MAIL | 60.00 | 60.01 | 0.00 | 0.00 | |
| 07/08/2007 | DEPCA | VOID-MAIL | -60.00 | 0.01 | 0.00 | 0.00 | |
| 07/07/2007 | DEPCA | MAIL | 60.00 | 60.01 | 0.00 | 0.00 | |
| 06/26/2007 | EPR | OID:100045436-ComisaryPur | -3.75 | 0.01 | 0.00 | 0.00 | |
| 06/19/2007 | EPR | OID:100045254-ComisaryPur | -17.03 | 3.76 | 0.00 | 0.00 | |
| 06/12/2007 | EPR | OID:100045085-ComisaryPur | -6.89 | 20.79 | 0.00 | 0.00 | |
| 06/05/2007 | EPR | OID:100044842-ComisaryPur | -20.69 | 27.68 | 0.00 | 0.00 | |
| 06/04/2007 | PHONE CARD | PHONE CARD PURCHASE 06040 | -10.00 | 48.37 | 0.00 | 0.00 | |
| 05/26/2007 | <INP> | Payment for INP on 2007-0 | -1.63 | 58.37 | 0.00 | 0.00 | |
| 05/26/2007 | DEPMO | MAIL | 60.00 | 60.00 | 1.63 | 0.00 | |
| 05/22/2007 | <INP> | OID:100044558-ComisaryPur | -1.16 | 0.00 | 1.63 | 0.00 | |
| 05/22/2007 | INP | OID:100044558-ComisaryPur | 2.79 | 1.16 | 2.79 | 0.00 | |
| 04/24/2007 | EPR | OID:100043735-ComisaryPur | -9.41 | 1.16 | 0.00 | 0.00 | |
| 04/23/2007 | PHONE CARD | PHONE CARD | -10.00 | 10.57 | 0.00 | 0.00 | |
| 04/17/2007 | EPR | OID:100043496-ComisaryPur | -19.88 | 20.57 | 0.00 | 0.00 | |
| 04/16/2007 | PHONE CARD | PHONE CARD | -10.00 | 40.45 | 0.00 | 0.00 | |
| 04/13/2007 | DEPMO | MAIL | 50.00 | 50.45 | 0.00 | 0.00 | |
| 04/03/2007 | EPR | OID:100043201-ComisaryPur | -10.06 | 0.45 | 0.00 | 0.00 | |
| 03/27/2007 | EPR | OID:100042979-ComisaryPur | -11.93 | 10.51 | 0.00 | 0.00 | |
| 03/26/2007 | PHONE CARD | PHONE CARD PURCHASE 03260 | -20.00 | 22.44 | 0.00 | 0.00 | |
| 03/13/2007 | EPR | OID:100042627-ComisaryPur | -8.57 | 42.44 | 0.00 | 0.00 | |
| 03/12/2007 | PHONE CARD | PHONE CARD PURCHASE 03120 | -20.00 | 51.01 | 0.00 | 0.00 | |
| 03/09/2007 | DEPMO | MAIL | 50.00 | 71.01 | 0.00 | 0.00 | |
| 03/06/2007 | EPR | OID:100042466-ComisaryPur | -9.74 | 21.01 | 0.00 | 0.00 | |
| 02/20/2007 | EPR | OID:100042038-ComisaryPur | -10.40 | 30.75 | 0.00 | 0.00 | |
| 02/20/2007 | PHONE CARD | PURCHASE | -20.00 | 41.15 | 0.00 | 0.00 | |
| 02/13/2007 | DEPMO | MAIL | 60.00 | 61.15 | 0.00 | 0.00 | |
| 01/29/2007 | PHONE CARD | PHONE CARD PURCHASE 01290 | -60.00 | 1.15 | 0.00 | 0.00 | |
| 01/23/2007 | EPR | OID:100041419-ComisaryPur | -3.58 | 61.15 | 0.00 | 0.00 | |
| 01/19/2007 | DEPMO | MAIL | 40.00 | 64.73 | 0.00 | 0.00 | |
| 01/16/2007 | EPR | OID:100041235-ComisaryPur | -7.11 | 24.73 | 0.00 | 0.00 | |
| 01/15/2007 | PHONE CARD | PHONE CARD PURCHASE 01150 | -20.00 | 31.84 | 0.00 | 0.00 | |
| 01/10/2007 | DEPMO | MAIL | 50.00 | 51.84 | 0.00 | 0.00 | |
| 01/09/2007 | EPR | OID:100040944-ComisaryPur | -3.65 | 1.84 | 0.00 | 0.00 | |
| 12/27/2006 | EPR | OID:100040631-ComisaryPur | -2.56 | 5.49 | 0.00 | 0.00 | |
| 12/27/2006 | PHONE CARD | PHONE CARD PURCHASE 12270 | -20.00 | 8.05 | 0.00 | 0.00 | |
| 12/19/2006 | EPR | OID:100040445-ComisaryPur | -12.51 | 28.05 | 0.00 | 0.00 | |
| 12/19/2006 | DEPMO | MAIL | 20.00 | 40.56 | 0.00 | 0.00 | |
| 12/18/2006 | PHONE CARD | PHONE CARD PURCHASE 12180 | -10.00 | 20.56 | 0.00 | 0.00 | |
| 12/12/2006 | EPR | OID:100040262-ComisaryPur | -9.55 | 30.56 | 0.00 | 0.00 | |
| 12/11/2006 | PHONE CARD | PHONE CARD PURCHASE 12110 | -10.00 | 40.11 | 0.00 | 0.00 | |
| 12/08/2006 | DEPMO | MAIL | 50.00 | 50.11 | 0.00 | 0.00 | |

```
                                   Page 1
```

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| Plaintiff, | CASE NO. C 07 4452 SBA (PR) |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. | |

I, Carlos Paredes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

Carlos Paredes
Marin County Jail
13 Peter Bher DR.
San Rafeal, CA. 94903

United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA. 94612.