FILED
MAY 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

May 21, 08.

My name is Carlos Paredes, and am the Plaintiff in Case:

Carlos Paredes vs. City of Novato Police Department #: 4:07-CV-04452-SBA.

This letter is in regards to inform the Courts that am moving location (Change of address). Please forward any future correspondence mail to: "1068 Bel Marin Keys Blvd, Novato CA 94949."

Thank you

Respectfully

Carlos Paredes

Carlos Paredes #166123
Marin County Jail, 13 Peter Behr DR.
San Rafeal CA 94903

LEGAL MAIL

LEGAL

United States District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212