IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO PAREDES,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF NOVATO POLICE DEPARTMENT, et al.,<br><br>    Defendants.                     / | No. C 07-04452 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff filed the present pro se complaint under 42 U.S.C. § 1983 while he was in custody at the Marin County Jail. Plaintiff has since filed a notice of a change of address requesting the Clerk to forward all documents to 1068 Bel Marin Keys Blvd., Novato, California 94949, which the Court assumes is his home address because Plaintiff did not specify that he was transferred to another institution.

    In an Order dated March 4, 2009, the Court informed Plaintiff that his action could not go forward until he paid the filing fee or filed a completed non-prisoner's in forma pauperis application. The Court ordered the Clerk of the Court to send Plaintiff a blank non-prisoner's in forma pauperis application. The Court informed Plaintiff that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    More than thirty days have passed and Plaintiff has not paid the filing fee, returned the non-prisoner's in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 4/17/09

                                              SAUNDRA BROWN ARMSTRONG<br>
                                              United States District Judge

**United States District Court**
For the Northern District of California

1 UNITED STATES DISTRICT COURT
2 FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS ALBERTO PAREDES,

    Plaintiff,

  v.

CITY OF NOVATO POLICE DEPARTMENT et al,

    Defendant.

Case Number: CV07-04452 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Alberto Paredes
1068 Bel Marin Keys Blvd.
Novato, CA 94949

Dated: April 20, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Paredes4452.DIS-NPIfp.frm